1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| MARTIN LUTHER KING, JR. COMMUNITY HOSPITAL, | Case No: 2:16-CV-03722-ODW(RAOx) |
| Plaintiff, | **JUDGMENT** |
| vs. | Judge: Hon. Otis D. Wright II |
| COMMUNITY INSURANCE COMPANY, dba ANTHEM BLUE CROSS AND BLUE SHIELD, *et al.*, | |
| Defendants. | |
| BUDCO GROUP INC.; BUDCO GROUP INC. EMPLOYEE BENEFITS PROGRAM'S COUNTERCLAIM | |
| Counterclaim-Plaintiff, | |
| vs. | |
| MARTIN LUTHER KING, JR. COMMUNITY HOSPITAL, | |
| Counterclaim-Defendant. | |

Pursuant to the Court's Order Granting, In Part, and Denying, In Part, Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment (ECF No. 85 (the "Original Order")), as amended pursuant to the parties' subsequent stipulation (ECF No. 99 (the "Amended Order")),

**JUDGMENT IS ENTERED AS FOLLOWS:**

1. Judgment is entered in favor of Plaintiff Martin Luther King, Jr. Community Hospital and against Defendants Community Insurance Company, d/b/a Anthem Blue Cross and Blue Shield; Anthem, Inc. (erroneously sued as Anthem, Inc. d/b/a Anthem Blue Cross And Blue Shield); Budco Group, Inc., and the Budco Group, Inc. Employee Benefit Plan on Plaintiff's first cause of action for ERISA benefits in the total amount of $418,326.46, as set forth in the Original Order and Amended Order.
2. All other remaining claims and counterclaims are hereby **DISMISSED WITH PREJUDICE**
3. Plaintiff shall file its motion for attorneys' fees no later than twenty-one days following the entry of judgment.

**IT IS SO ORDERED.**

December 6, 2018

                                              **HON. OTIS D. WRIGHT, II**
                                              **UNITED STATES DISTRICT JUDGE**