# United States District Court
# Central District of California

| | |
|---|---|
| MARTIN LUTHER KING, JR. COMMUNITY HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY INSURANCE COMPANY dba ANTHEM BLUE CROSS AND BLUE SHIELD, et al.,<br><br>Defendants.<br><br>BUDCO GROUP, INC.; BUDCO GROUP, INC. EMPLOYEE BENEFITS PROGRAM,<br><br>Counter-Claimants,<br><br>v.<br><br>MARTIN LUTHER KING, JR. COMMUNITY HOSPITAL,<br><br>Counter-Defendant. | Case No. 2:16-cv-03722-ODW (RAOx)<br><br>**JUDGMENT** |

# JUDGMENT

In light of the Court's Order Granting-in-Part Plaintiff's Motions for Attorneys' Fees, (ECF No. 127), it is hereby **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff Martin Luther King, Jr. Community Hospital ("MLK") is **AWARDED**:

- **$362,571.31 in attorneys' fees**;
- **$92,258.30 in appellate attorneys' fees**; and
- **post-judgment interest** as governed by 28 U.S.C. § 1961(a).

These amounts shall be payable jointly and severally by Defendants Community Insurance Company, dba Anthem Blue Cross and Blue Shield; Anthem, Inc. (erroneously sued as Anthem, Inc., dba Anthem Blue Cross and Blue Shield); Budco Group, Inc.; and Budco Group, Inc. Employee Benefit Plan.

**IT IS SO ORDERED.**

June 24, 2021

                                           **OTIS D. WRIGHT, II**
                                    **UNITED STATES DISTRICT JUDGE**